IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02332-REB-NRN

DONALD J. VARGO,

    Plaintiff,

v.

WESTHILL EXCHANGE, LLC,

    Defendant.

**AFFIDAVIT FOR ENTRY OF DEFAULT**

STATE OF ILLINOIS

COUNTY OF COOK

    Nathan C. Volheim, being duly sworn, says that he is an attorney for the Plaintiff DONALD J. VARGO in the above-entitled action; that the Complaint and Summons in this action were served on Defendant WESTHILL EXCHANGE, LLC by hand-delivery on August 19, 2019 at 1:15 pm MST; that service was properly made by Kevin Williams, a certified process server and effectuated on Marlena Grant, Defendant's Registered Agent, who is authorized to accepted service on behalf of Defendant; that Defendant is not an infant, not in the military, and not an incompetent person; that the time within which Defendant may plead or otherwise defend has expired; that the Defendant has not plead, answered or otherwise defended, and that the time for Defendant to answer, plead or otherwise defend has not been extended

                                                                _____
                                                                Nathan C. Volheim, Esq. #6302103
                                                                *Counsel for Plaintiff*

**SWORN TO AND SUBSCRIBED** before me this 10th day of September, 2019.

_____
Notary

My commission expires November 15, 2020.

"OFFICIAL SEAL"
KIRAN WADIA
Notary Public, State of Illinois
My Commission Expires 11/15/2020